

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| HOLLY M. EISCHENS, | \* | CIV. 10-1031 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| FURNITURE OUTLETS USA, INC., d/b/a as UNCLAIMED FREIGHT FURNITURE, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Plaintiff Holly M. Eischens and the Defendant Furniture Outlets USA, Inc., d/b/a, as Unclaimed Freight Furniture having filed a Joint Motion and Stipulation for Dismissal of this action, with prejudice, without further motion or hearing, pursuant to that stipulation and joint motion for judgment of dismissal, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation and Motion for Dismissal is granted. This case is dismissed with prejudice, upon the merits, with the parties to bear their own costs, expenses, and attorneys' fees.

Dated this _1st_ day of ~~October~~ November, 2011.

BY THE COURT:

_Charles B Kornmann_
CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE